

FILED

AUG 3 1 2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                )           Case No. 05-34496-C-7

MICHAEL RICHARD BAKER,     )

                  Debtor.    )

---

### FINDINGS OF FACT AND CONCLUSIONS OF LAW
#### ON MOTION TO AVOID LIEN

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

#### Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(K).

#### Findings of Fact

On August 8, 2006, debtor filed a motion requesting that this court avoid judgment liens in favor of Beneficial California, Inc. and Bank of America, N.A.. A hearing was scheduled for August 29, 2006, to consider the motion. Upon review of the record, the court determined that the written record was adequate and that no oral argument was necessary.



In reviewing debtor's proof of service, the court notes that it appears debtor served the motion on the attorney who recorded an abstract for Beneficial California, Inc.

## Conclusions of Law

Federal Rule of Bankruptcy Procedure 9014(b) requires that a motion initiating a contested matter "shall be served in the manner provided for service of a summons and complaint by Rule 7004." Fed. R. Bankr. P. 9014(b).

Federal Rule of Bankruptcy Procedure 7004(b)(3) provides in pertinent part:

> Except as provided in subdivision(h), in addition-to the methods of service authorized by Rule 4(e)-(j) F.R.Civ.P., service may be made within the United States by first class postage prepaid as follows... Upon a domestic or foreign corporation or upon a partnership or other unincorporated association, by mailing a copy of the summons and complaint to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy of the defendant.

Fed. R. Bank. P. 7004(b)(3).

Here, debtor's service of the motion does not comply with the requirement to serve the motion to the attention of an officer or other agent authorized as provided in Rule 7004(b)(3). Beneficial California, Inc. v. Villar (In re Villar), 317 B.R. 88, 93 (9th Cir. BAP 2004).

The court notes that a corporation's agent for service of process may be identified by visiting the California Secretary of State's website at www.ss.ca.gov.  The website contains a link to the "California Business Portal" which provides an online service titled "California Business Search." Therein, corporate information, including the agent for service of process, may be obtained by entering the corporation's name in the search engine.

Further, motions must comply with local rule 9014-1(c). Local rule 9014-1(c)(1) requires:

> In motions filed in the bankruptcy case, a Docket Control Number (designated as DC No.) shall be included by all parties immediately below the case number on all pleadings and other documents, including proofs of service, filed in support of or opposition to motions.

Debtor did not include a Docket Control Number on his motion.

Accordingly, the motion is denied.

An appropriate order will issue.

Dated:  August 31 , 2006

UNITED STATES BANKRUPTCY JUDGE

1

**CERTIFICATE OF SERVICE**

2

3        On the date indicated below, I served a true and correct
copy(ies) of the attached document by placing said copy(ies) in
a postage paid envelope addressed to the person(s) hereinafter
4   listed and by depositing said envelope in the United States
mail or by placing said copy(ies) into an interoffice delivery
5   receptacle located in the Clerk's Office.

6

7   Michael Richard Baker
1710 Hastings Way
8   Yuba City, CA 95991

9   Dennis Benjamin Hill
533 G Street #3
10  Lincoln, CA 95648

11  Stephen Reynolds
P.O. Box 1917
12  Davis, CA 95617

13  Office of the United States Trustee
United States Courthouse
14  501 "I" Street, Suite 7-500
Sacramento, CA  95814

15

16

17  Dated: 9/1/06

18

19                                    _Linda Payne_
20                              _____
                                   Deputy Clerk
21

22

23

24

25

26

27

28